IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5018 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| COUNTY OF SCOTTS BLUFF, Nebraska, | ) | ORDER |
| a political subdivision and JASON PERKINS, | ) | |
| in his individual and official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by September 29, 2005, file their Report of Parties' Planning Conference.

DATED September 12, 2005.

/s/ David L. Piester
United States Magistrate Judge