FILED
U.S. DISTRICT COURT

> **IMPORTANT NOTICE:** AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO "consent@ned.uscourts.gov." IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102. <u>DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER WILLIAMS, ) | Case Number: 7 : 05 CV 5018 | |
| ) | | |
| Plaintiff(s), ) | CONSENT TO EXERCISE OF JURISDICTION | |
| v. ) | BY A UNITED STATES MAGISTRATE JUDGE | |
| ) | | |
| COUNTY OF SCOTTS BLUFF AND JASON PERKINS ) | | |
| Defendant(s). ) | | |

CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For **SCOTTS BLUFF COUNTY JASON PERKINS** | 09/30/05 |
| [signature] | For **ROGER WILLIAMS** | 9/30/05 |
| | For _____ | _____ |
| | For _____ | _____ |

DISTRICT JUDGE OPTION

Pursuant to 28 U.S.C. § 636(c)(2) and Fed. R. Civ. P. 73, the parties in this case hereby acknowledge the availability of a United States Magistrate Judge but elect to have this case randomly assigned to a United States District Judge.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |

# MICHAEL J. JAVORONOK LAW FIRM

2425 Circle Drive, Suite 100  
Scottsbluff, NE 69361

(308) 630-0808  
(800) 828-8146  
FAX # (308) 630-0771  
E-mail: mjjlaw@aol.com

**MICHAEL J. JAVORONOK**

Admitted: Nebraska -   NSBA #12027  
Colorado - CO SUP CT #18186

October 3, 2005

Gary McFarland  
District Court Clerk  
U. S. District Court  
Roman L. Hruska U.S. Courthouse  
111 South 18th Plaza, Suite 1152  
Omaha, NE 68102

Re: Case No. 7:05 CV 5018  
Williams v. Scotts Bluff County  
File No. : 05-0912

Dear Mr. McFarland:

Enclosed is the original of the Consent to Exercise of Jurisdiction by a United States Magistrate Judge which has been signed by counsel for both parties for filing in your office regarding the above-captioned matter.

If you have any questions, please give me a call at the above number. Thank you.

Best wishes,

Michael J. Javoronok

MJJ:jj

Enc.

pc: Maren L. Chaloupka (w/o enc.)