IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5018 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF SCOTTS BLUFF, | ) | ORDER |
| Nebraska, etc. and JASON | ) | |
| PERKINS, etc. | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion to continue the planning conference, filing 23, is granted and the Rule 26 telephone planning conference is continued from February 15 to March 15, 2006 at 9:00 a.m., Central Standard Time. Plaintiff's counsel shall initiate the call.

DATED this 14th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge