IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5018 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF SCOTTS BLUFF, | ) | ORDER |
| Nebraska, a political | ) | |
| subdivision, and JASON | ) | |
| PERKINS, in his individual | ) | |
| and official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of time, filing 29, is granted in part and plaintiff is given to March 23, 2006 to respond to defendants' motion for summary judgment.

DATED this 13th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge