```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ROGER WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5018 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF SCOTTS BLUFF and | ) | MEMORANDUM AND ORDER |
| JASON PERKINS, | ) | |
| | ) | |
| Defendants. | ) | |

A telephonic planning conference was held this date with counsel pursuant to Fed. R. Civ. P. 16(b). Counsel discussed the case and its status, and agreed to the continuance of the trial. Ms. Chaloupka indicated that she did not know at present whether she will need additional time to respond to the pending motion for summary judgment, but will know that very soon and will file an appropriate motion for additional time, if necessary. Mr. Javoronok agreed to respond to such a motion, if filed, as soon as possible. Once the motion for summary judgment is resolved, another conference with the court will be arranged for final scheduling purposes.

IT THEREFORE HEREBY IS ORDERED,

1. The plaintiff's motion for continuance, filing 32, is granted. Trial of this matter is continued from May 1, 2006 to October 16, 2006 before the undersigned in North Platte, Nebraska. Trial will be scheduled for a duration of three trial days.

2. Within twenty days following the court's ruling on the pending motion for summary judgment, counsel shall confer and contact my office to arrange a conference call for the purposes of scheduling the remaining portion of the case.

DATED this 15th day of March, 2006.

        BY THE COURT:

        s/ *David L. Piester*
        David L. Piester
        United States Magistrate Judge