IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5018 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF SCOTTS BLUFF, | ) | JUDGMENT |
| Nebraska, a political | ) | |
| subdivision, and | ) | |
| JASON PERKINS, in his | ) | |
| individual and official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The parties' joint stipulation for dismissal, filing 41, is approved and this action is dismissed with prejudice.

DATED this 8th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge